**EXHIBIT 1:** PHOTOGRAPH# 1



**<u>EXHIBIT 1</u>:** PHOTOGRAPH# 2



**EXHIBIT 1:** PHOTOGRAPH# 3

