**<u>EXHIBIT 2</u>:** INFRINGEMENT# 1
URL:
https://www.facebook.com/TalkinGiants/photos/a.773870972999610/1746209749099056/?type=3&is_looka side=1



**EXHIBIT 2:** INFRINGEMENT# 2
URL: https://x.com/TalkinYanks/status/1752714950311612714



**EXHIBIT 2:** INFRINGEMENT# 3
URL: https://www.instagram.com/p/C2xQooxOt4K/



**EXHIBIT 2:** INFRINGEMENT# 4
URL: https://www.facebook.com/talkinyanks/videos/1138556900729801

