**EXHIBIT 3:** DMCA SCREENGRAB INFRINGEMENT: # 1
URL https://nypost.com/2022/10/05/nick-gates-returns-from-broken-left-leg-to-give-giants-a-lift/


Nick Gates, who has suited up for the first time since breaking his leg last season, greets a Giants coach during practice.
Robert Sabo

**EXHIBIT 3:** DMCA SCREENGRAB INFRINGEMENTS: # 2 and # 3
URL https://nypost.com/2023/05/01/jonathan-loaisiga-injury-update-yankees-pitcher-getting-surgery/



**EXHIBIT 3:** DMCA SCREENGRAB INFRINGEMENT: # 4
URL https://nypost.com/2024/06/24/sports/behind-the-scenes-of-luis-gils-superhero-yankees-emergence/

