

**Barry Werbin**
Counsel
Phone: 212.592.1418
Fax: 212.545.3401
bwerbin@herrick.com

January 16, 2025

<u>Via ECF FILING</u>

Honorable Jeannette A. Vargas
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:     <u>Robert Sabo v. Jomboy Corp.  / No. 1:24-cv-09343 (JAV) / Letter Motion for Extension</u>

Dear Judge Vargas:

We are attorneys for defendant Jomboy Corp. ("Jomboy") in the above-referenced copyright action, which was filed on December 9, 2024 (Docket No. 1). The undersigned has filed an appearance and Rule 7.1 Disclosure Statement on behalf of Jomboy.

Plaintiff's counsel of record, Craig B. Sanders, Esq., has consented to an extension of Jomboy's time to answer or move with respect to the Complaint until February 20, 2025, which is 30 days after Jomboy's response would otherwise be due on January 21, 2025. The parties have also initiated a settlement dialogue, which the parties believe would benefit from the requested extension. This the first extension sought for Jomboy. The requested extension does not affect any other scheduled dates.

Accordingly, we respectfully request that Jomboy's time to answer, move or otherwise respond to the complaint be extended to February 20, 2025. There has been no previous request for such extension.

Respectfully submitted,

*[signature]*

Barry Werbin

(via ECF)

**HERRICK, FEINSTEIN LLP** • Two Park Avenue • New York, NY 10016 • Phone: 212.592.1400 • Fax: 212.592.1500